1  Gary A. Waldron, Esq. (Bar No. 99192)
   David I. Lipsky, Esq. (Bar No. 51009)
2  Jacob C. Gonzales, Esq. (Bar No. 235555)
   **WALDRON & BRAGG, LLP**
3  23 Corporate Plaza Drive, Suite 200
   Newport Beach, California  92660-7901
4  Tel: (949) 760-0204; Fax:  (949) 760-2507

5  B. Ross Bozarth, Esq.
   **GUENARD & BOZARTH LLP**
6  8830 Elk Grove Boulevard
   Elk Grove, CA 95624
7  Tel: (916) 714-7672; Fax: (916) 714-9031

8  Attorneys for Plaintiff ROBERT MARTINEZ

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11  ROBERT MARTINEZ,                    **CASE NO.    2:12-CV-00513-MCE-JFM**

12              Plaintiff,

13       v.                             STIPULATION TO DISMISS

14  LIFE  INSURANCE  COMPANY  OF
    NORTH AMERICA, and DOES 1through
15  50, Inclusive,

16              Defendants.

17

18       Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties to the above-entitled

19  action hereby stipulate, through their respective counsel, that the above-entitled action be

20  dismissed with prejudice by order of the Court, as the parties have reached a settlement

21  concerning the entire matter and all issues (known or unknown) that were or could have been

22  raised in connection with Policy FLK-030005 on or before the date of this stipulation. The

23  parties also stipulate that each party waives all costs, fees, and interest of any kind with

24  respect to the above-entitled action.

25  Dated: November 21, 2012            GUENARD & BOZARTH, LLP
26                                      WALDRON & BRAGG, LLP

27
                                        By:   s/ Ross Bozarth
28                                      Ross Bozarth

1  David Lipsky
   Attorneys for Plaintiff
2

3  Dated: November 21, 2012          **WILSON, ELSER, MOSKOWITZ,**
                                     **EDELMAN & DICKER LLP**
4

5                                    By:      /s Donald P. Sullivan
                                     SEAN P. NALTY
6                                    DONALD P. SULLIVAN

7

8

9  Accordingly, it is hereby ordered that:

10     1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the action is dismissed with
          prejudice.
11
       2. The Clerk of the Court is directed to close the case.
12

13     IT IS SO ORDERED.

14
   Dated:  November 21, 2012
15

16                                   _____
                                     MORRISON C. ENGLAND, JR.
17                                   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28